UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUZZIO BEGAREN,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>SECRETARY OF CORRECTIONS,<br><br>　　　　　　　Respondent. | Case No. CV 17-02178 DMG (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the R&R to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

DATED: August 19, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　United States District Judge