JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUZZIO BEGAREN,<br><br>   Petitioner,<br><br>v.<br><br>SECRETARY OF CORRECTIONS,<br><br>   Respondent. | Case No. CV 17-02178 DMG (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED: August 19, 2020

_____
DOLLY M. GEE
United States District Judge